STATE OF MINNESOTA

DISTRICT COURT

COUNTY OF HENNEPIN

FOURTH JUDICIAL DISTRICT

JULIE DALTON,

Court File No.:

       Plaintiff,

**SUMMONS**

vs.

ROYAL STARS LIQUIDATORS, INC.

       Defendant.

THIS SUMMONS IS DIRECTED TO ROYAL STARS LIQUIDATORS, INC.:

    1.    YOU ARE BEING SUED. The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court, and there may be no court file number on this Summons.

    2.    YOU MUST REPLY WITHIN 21 DAYS TO PROTECT YOUR RIGHTS. You must give or mail to the person who signed this Summons a written response called an Answer within 21 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at:

R. Bruce Carlson, Esq.
Ian Brown, Esq.
CARLSON BROWN
222 Broad Street
PO Box 242
Sewickley, PA 15143

Nicholas A. Colella, Esq.
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222


EXHIBIT
A