| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT<br>CASE TYPE: Civil Other/Misc. |

Julie Dalton,

          Plaintiff,

vs.

Royal Stars Liquidators, Inc.,

          Defendant.

Court File No. _____
Judge _____

**NOTICE OF FILING**
**NOTICE OF REMOVAL**

TO: Plaintiff above-named and her counsel of record, Patrick M. Michenfelder, Throndset Michenfelder, LLC, One Central Avenue West, Suite 101, St. Michael, MN 55376.

YOU ARE HEREBY NOTIFIED that Defendant Royal Star Liquidators, Inc. has filed in the United States District Court for the District of Minnesota a Notice of Removal (pursuant to 28 U.S.C. §1446(a) and (d)) of the above-entitled action which was commenced in the District of Hennepin County, Minnesota, from said state court to the United States District Court, District of Minnesota.

TAKE FURHTER NOTICE that attached hereto and herewith served upon you is a copy of the Notice, the original of which was filed in the United States District Court for the District of Minnesota on February 25, 2022.

Dated: 2/28/22

**DUDLEY AND SMITH, P.A.**

By: K. C. Brown H.

Katherine A. Brown Holmen (#237401)
1295 Northland Drive, Suite 250
Mendota Heights, MN 55120
Tel. No. (651) 291-1717
kholmen@dudleyandsmith.com
*Attorneys for Defendant*