UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton,<br><br>             Plaintiff,<br><br>     v.<br><br>Royal Stars Liquidators, Inc.,<br><br>             Defendant. | Case No. 0:22-cv-00493 (SRN/DTS)<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Julie Dalton and Defendant Royal Stars Liquidators, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1.   This action shall be DISMISSED with prejudice as between Plaintiff and Defendant; and

2.   Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 16, 2022

*/s/ Amber J. Stavig*
Amber J. Stavig (#399419)
Dudley and Smith, P.A.
1295 Northland Dr.
Suite 250
Mendota Heights, MN 55120
astavig@dudleyandsmith.com
651-291-1717

*Attorney for Defendant*

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
nickc@lcllp.com
Tel: 412-322-9243
Fax: 412-231-0246

Patrick W. Michenfelder (#024207X)
**THRONDSET MICHENFELDER, LLC**
Cornerstone Building
One Central Avenue West, Suite 203
St. Michael, MN 55376
Tel: (763) 515-6110

Fax: (763) 226-2515
Email: pat@throndsetlaw.com

*Counsel for Plaintiff*

2