# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Julie Dalton, | Case No. 0:22-cv-00493 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| Royal Stars Liquidators, Inc., | |
| Defendant. | |

---

Nicholas Colella, Lynch Carpenter, LLP, 133 Penn Ave, 5th Floor, Pittsburgh, PA 15222 and Patrick W. Michenfelder, Throndset Michenfelder Law Office, LLC, One Central Avenue West, Suite 203, St. Michael, MN 55376 for Plaintiff.

Amber Stavig, Dudley and Smith, P.A., 1295 Northland Drive, Suite 250, Mendota Heights, MN 55120 and Katherine A. Brown Holmen, Dudley & Smith, PA, 101 5th Street East, Suite 2602, St Paul, MN 55101 for Defendant.

---

This matter is before the Court on the Stipulation of Dismissal filed by the parties in this matter. [Doc. No. 16.]

Based on the Stipulation, IT IS HEREBY ORDERED THAT this action is DISMISSED with prejudice; and each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 16, 2022

s/Susan Richard Nelson<br>
SUSAN RICHARD NELSON<br>
United States District Judge